UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CARRANDI,<br><br>    Plaintiff,<br><br>v.<br><br>NETROADSHOW, INC.,<br><br>    Defendant. | Case No. 24-cv-01092-HSG<br><br>**ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 4 |

Pending before the Court is Plaintiff Lisa Carrandi's Motion for a Temporary Restraining Order to enjoin Defendant NetRoadshow, Inc., her former employer, from enforcing allegedly unlawful post-employment restrictive covenants contained within the parties' Employment Agreement and from interfering with her current consulting relationship with Finsight Group, Inc. *See* Dkt. No. 4.  Plaintiff also seeks an order to show cause why a preliminary injunction should not issue pending trial in this case. *Id.*

A temporary restraining order is an "extraordinary remedy" that the court should award only upon a clear showing that the party is entitled to such relief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Such an order may be issued only where the moving party has established: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in the moving party's favor; and (4) that an injunction is in the public interest. *See id.* at 22.

Having reviewed Plaintiff's motion and supporting documents, the Court finds it appropriate to give Defendant an opportunity to respond to the motion.  The record reflects that Plaintiff's counsel says she gave notice of her intent to seek a TRO, but does not indicate that she actually provided a copy of the motion to Defendant or its counsel.

1  Accordingly, Plaintiff is **DIRECTED** to serve the documents submitted to the Court under
2  Docket Numbers 4 (the Motion for a Temporary Restraining Order and its supporting documents)
3  and Docket Number 10 (this order) on Defendant, through its counsel, by no later than 12:00 p.m.
4  PST on Wednesday, February 28, 2024.  Plaintiff may serve these documents by electronic mail.
5  Defendant is **DIRECTED** to file any written opposition with this Court by no later than
6  3:00 p.m. on Tuesday, March 5, 2024.  Unless otherwise ordered, the matter will be deemed
7  submitted once Defendant files its response.
8  **IT IS SO ORDERED.**
9  Dated:   2/27/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2