DILLINGHAM & MURPHY, LLP
Carla J. Hartley (SBN 117213)
Cynthia C. Cheung (SBN 320767)
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: cjh@dillinghammurphy.com
        ccc@dillinghammurphy.com

KREVOLIN & HORST, LLC
Kana Caplan* (GA Bar No. 621805)
caplan@khlawfirm.com
Taylor Cressler* (GA Bar No. 664099)
cressler@khlawfirm.com
1201 West Peachtree St NW, Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
**pro hac vice* application forthcoming*

Attorneys for Defendant
NetRoadshow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA CARRANDI, an individual, | Case No.  24-CV-01092-HGS |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL; ORDER** |
| NETROADSHOW, INC., a corporation organized and existing under the laws of the State of Delaware, and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant NETROADSHOW, INC. ("NetRoadshow") has retained Carla J. Hartley and Cynthia C. Cheung of Dillingham & Murphy, LLP to substitute as counsel for Roy M. Bartlett, Jr. of Bartlett Law Firm in the above-captioned matter. Withdrawing counsel for NetRoadshow is:

>   BARTLETT LAW FIRM
>   Roy M. Bartlett, Jr. (CA Bar No. 101563)
>   roy@lawrmb.com
>   2872 Ygnacio Valley Road, #451
>   Walnut Creek, CA 94598
>   Telephone: (925) 324-5150

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for NetRoadshow:

>   DILLINGHAM & MURPHY, LLP
>   Carla J. Hartley (SBN 117213)
>   Cynthia C. Cheung (SBN 320767)
>   155 Sansome Street, Suite 700
>   San Francisco, California 94104
>   Telephone:    (415) 397-2700
>   Facsimile:    (415) 397-3300
>   Email: cjh@dillinghammurphy.com
>          ccc@dillinghammurphy.com

DATED: March 8, 2024                    **DILLINGHAM & MURPHY, LLP**

                                        /s/
                                        _____
                                        CARLA J. HARTLEY
                                        CYNTHIA C. CHEUNG
                                        *Attorney for Defendant*
                                        *NETROADSHOW, INC.*

DATED: March 8, 2024                    **KREVOLIN & HORST, LLC**

                                        /s/
                                        _____
                                        KANA CAPLAN
                                        TAYLOR CRESSLER
                                        *Attorney for Defendant*
                                        *NETROADSHOW, INC.*
                                        (pro hac vice application forthcoming)

| | | |
|---|---|---|
| 1 | DATED: March 8, 2024 | BARTLETT LAW FIRM |
| 2 | | |
| 3 | | /s/ |
| | | ROY M. BARTLETT, JR. |
| 4 | | *Withdrawing Attorney* for Defendant NETROADSHOW, INC. |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-field document.

| | | |
|---|---|---|
| | DATED: March 8, 2024 | DILLINGHAM & MURPHY, LLP |
| | | |
| | | /s/ |
| | | CARLA J. HARTLEY |
| | | CYNTHIA C. CHEUNG |
| | | *Attorney for Defendant* NETROADSHOW, INC. |

### ORDER

The substitution of counsel proposed in this notice is approved and so ORDERED.

DATED: 3/11/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge