1  Courtney L. Baird (SBN 234410)
2  Deanna J. Lucci (SBN 323276)
   **DUANE MORRIS LLP**
3  750 B Street, Suite 2900
   San Diego, CA  92101-4681
4  Telephone:  (619) 744-2200
   CLBaird@duanemorris.com
5  DJLucci@duanemorris.com

6  Attorneys for Plaintiff LISA CARRANDI

7
   Carla J. Hartley (SBN 117213)
8  Cynthia C. Cheung (SBN 320767)
   DILLINGHAM & MURPHY, LLP
9  155 Sansome Street, Suite 700
   San Francisco, California 94104
10 Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
11 cjh@dillinghammurphy.com
   ccc@dillinghammurphy.com
12
13 Attorneys for Defendant
   NETROADSHOW, INC.
14

15          **IN THE UNITED STATES DISTRICT COURT**

16         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17 LISA CARRANDI, an individual,         Case No. 4:24-cv-01092-HSG
18
            Plaintiff,                   **JOINT STIPULATION TO**
19                                       **CONTINUE HEARING ON**
   v.                                    **DEFENDANT NETROADSHOW,**
20                                       **INC.'S MOTION TO TRANSFER AND**
21 NETROADSHOW, INC., a corporation      **CONSOLIDATE OR IN THE**
   organized and existing under the laws of **ALTERNATIVE, COMPEL**
22 the State of Delaware, and DOES 1     **ARBITRATION AND STAY; ORDER**
23 through 50, inclusive,
                                         Filed: February 22, 2024
24          Defendants.                  (removed from Superior Court of
25                                       California-County of Marin, Case
26                                       No. CV0002090)
27
28

DM1\15218388.1                  1
                                            CASE NO. 4:24-cv-01092-HSG

Plaintiff LISA CARRANDI ("Plaintiff") and Defendant NETROADSHOW, INC. ("Defendant"), collectively "the Parties," hereby stipulate and move the Court to grant an order continuing the hearing on Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration ("Motion"), currently set for hearing on May 16, 2024.

The Parties submit that the foregoing facts and events demonstrate good cause to continue the current date for the Motion hearing:

Plaintiff's counsel is engaged in an arbitration hearing in the matter of *Giselle A. Blanco v Southwest College of Medical-Dental Assistants & Practical Nurses, et al,* JAMS Case No. 1220069747, Hon. Candace Cooper, in Irvine, California, from May 13-16, 2024.

As such, the Parties stipulate and request that the Motion hearing be continued as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration | May 16, 2024 | May 30, 2024 |

The parties hereby stipulate and move this court to grant the continuance of the Motion hearing as set forth above.

Respectfully submitted,

Dated: April 15, 2024     **DUANE MORRIS LLP**

By:   */s/ Deanna J. Lucci*
     Courtney L. Baird
     Deanna J. Lucci
     Attorneys for Plaintiff
     LISA CARRANDI

Dated: April 13, 2024     **DILLINGHAM & MURPHY, LLP**

By:   */s/ Carla J. Hartley*
     Carla J. Hartley

1

2

Cynthia C. Cheung
Attorneys for Defendant
NETROADSHOW, INC.

3

4

**LOCAL RULE 5-1(i)(3) CERTIFICATION**

5

6

Pursuant to L.R. 5-1(i)(3) I, Deanna J. Lucci, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

7

8

 /s/ Deanna J. Lucci
Deanna J. Lucci

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The hearing on Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration is continued from May 16, 2024 to May 30, 2024.

Dated:  4/15/2024

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

DM1\15218388.1

4